# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| BETTY WELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Walmart, Inc., and files this Answer and Defenses to Plaintiff's Complaint and shows the Court as follows:

### First Defense

Pending additional investigation and discovery, Plaintiff's Complaint, taken as a whole, may fail to state a claim against Defendant upon which relief may be granted.

### Second Defense

Defendant shows that Walmart, Inc. was not involved in the day-to-day operation of the Walmart store at issue. While Defendant denies liability, Defendant states that Wal-Mart Stores East, LP was the entity involved in the day-to-day operation of the Walmart store at issue. Defendant requests that Plaintiff voluntarily dismiss Walmart, Inc.

### Third Defense

Pending additional investigation and discovery, Defendant asserts the applicability of Georgia's Apportionment Statute as it may relate to the parties to the case.

EXHIBIT "B"

### Fourth Defense

Pending additional investigation and discovery, Defendant asserts causation defenses as to Plaintiff's damages.

### Fifth Defense

Pending further investigation and discovery, Defendant denies that Defendant or its agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

### Sixth Defense

Defendant breached no duty owed to Plaintiff.

### Seventh Defense

Plaintiff may not recover against Defendant because no act or omission of Defendant was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

### Eighth Defense

Pending further investigation and discovery, Defendant preserves defenses of contributory and comparative negligence to the extent discovery shows support for such defenses.

### Ninth Defense

Plaintiff failed to exercise ordinary care for her own safety.

### Tenth Defense

Defendant denies any and all allegations regarding negligent inspection and failure to warn.

**Eleventh Defense**

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with O.C.G.A. § 9-11-9(g).

**Twelfth Defense**

Plaintiff is not entitled to attorney's fees, expenses, post-judgment interest, or pre-judgment interest under the facts of this case.

**Thirteenth Defense**

Pending further investigation and discovery, Defendant reserves the right to assert all affirmative defenses available under the Georgia Civil Practice Act.

**Fourteenth Defense**

In answer to the specific allegations of Plaintiff's Complaint, Defendant shows the Court as follows:

**PARTIES AND JURSIDICTION**

1. At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint. As such, those allegations stand automatically denied.

2. Defendant admits that it is a foreign corporation but incorporates its Second Defense.

3. Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint and incorporates its Second Defense.

4. Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint subject to its Second Defense.

**FACTUAL ALLEGATIONS**

EXHIBIT "B"

5. At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 5 of Plaintiff's Complaint. As such, those allegations stand automatically denied. Defendant incorporates its Second Defense.

6. At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 6 of Plaintiff's Complaint. As such, those allegations stand automatically denied.

7. At this time, Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint. As such, those allegations stand automatically denied.

## COUNT I
## NEGLIGENCE

Defendant realleges and incorporates its responses to Paragraphs 1 – 7 of Plaintiff's Complaint as if fully rewritten herein.

8. Defendant incorporates its Second Defense and the allegations in this Paragraph are denied as pled.

9. Duties are set by law and the allegations contained in paragraph 9 of Plaintiff's complaint are denied as pled.

10. The allegations contained in Paragraph 10, and the subparts thereto, of Plaintiff's Complaint are denied

11. The allegations contained in Paragraph 11 of Plaintiff's Complaint are denied.

12. Denied as pled.

**DEFENDANT HEREBY DEMANDS TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

EXHIBIT "B"

Having fully answered, Defendant prays that they be discharged with all costs cast against Plaintiff.

Respectfully submitted, this 11th day of May 2022.

        **DREW, ECKL & FARNHAM, LLP**

        */s/    Garret W. Meader*
        Garret W. Meader
        Georgia Bar No. 142402
        Leslie P. Becknell
        Georgia Bar No. 046320
        Ann H. Searcy
        Georgia Bar No. 633302
        *Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
912-280-0654
gmeader@deflaw.com
lbecknell@deflaw.com
searcya@deflaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| BETTY WELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. |
| WALMART, INC | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via United States Mail, postage prepaid, and with the Court's CM/ECF system, as prescribed by the Court, which will automatically send electronic notification of same to following counsel of record a true and correct copy of the foregoing *Answer and Defenses to Plaintiff's Complaint* to the following counsel of record, addressed as follows:

> Matthew J. Grossman
> Farah & Farah, P.A.
> 10 West Adams Street
> Jacksonville, Florida 32202
> mgrossman@farahandfarah.com

This 11th day of May, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/    Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
Leslie P. Becknell
Georgia Bar No. 046320
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Street

<span style="color:red">EXHIBIT "B"</span>

Suite 305
Brunswick, GA 31520
912-280-0654
gmeader@deflaw.com
lbecknell@deflaw.com
searcya@deflaw.com

EXHIBIT "B"