# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| BETTY WELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO.  **CV 622-033** |
| WALMART, INC ) | |
| ) | |
| Defendant. ) | |

## STATEMENT ENUMERATING ALL MOTIONS PENDING

COME NOW, Defendants Walmart, Inc., the removing party, and shows the Court that the only pending motion pending in the Superior Court of Bulloch County is a Consent Motion for the Substitution of a Party Defendant.

This 11th day of May, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/    Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
Leslie P. Becknell
Georgia Bar No. 046320
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
912-280-0654
gmeader@deflaw.com
lbecknell@deflaw.com
searcya@deflaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| BETTY WELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. |
| WALMART, INC ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day forwarded a true and correct copy of the foregoing ***Statement Enumerating All Motions Pending*** with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to all attorneys of record:

This 11th day of May, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/    Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
Leslie P. Becknell
Georgia Bar No. 046320
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
912-280-0654
gmeader@deflaw.com
lbecknell@deflaw.com
searcya@deflaw.com