**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| BETTY WELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. |
| WALMART, INC | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT
S.D. GA LR 7.1.1**

The undersigned counsel of record for Defendant Walmart Inc. certifies that the following is a full and complete list of the parties in this action:

1. Plaintiff Betty Weldon;

2. Defendant Walmart Inc., which is an Arkansas corporation formed under the laws of the State of Delaware; and

3. Defendant Walmart Stores East, Inc., which is an Arkansas corporation formed under the laws of the State of Delaware.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations which have a financial interest in, or another interest in which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

1. Plaintiff Betty Weldon;

2. Plaintiff's counsel, Matthew J. Grossman, and his firm Farah & Farah, P.A.

3. Walmart Inc., which is an Arkansas corporation formed under the laws of the State of Delaware;

4. Walmart Stores East. LP, which is an Arkansas corporation formed under the laws of the State of Delaware; and

5. Counsel for Walmart Inc. and Walmart Stores East LP. do not have a financial interest in the outcome of this case.

Respectfully submitted, this 11th day of May, 2022.

This 11th day of May, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/   Garret W. Meader*
Garret W. Meader
Georgia Bar No. 142402
Leslie P. Becknell
Georgia Bar No. 046320
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
912-280-0654
gmeader@deflaw.com
lbecknell@deflaw.com
searcya@deflaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| BETTY WELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day forwarded a true and correct copy of the foregoing *Rule 7.1.1 Disclosure Statement* with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to all attorneys of record:

This 11th day of May, 2022.

                                      **DREW, ECKL & FARNHAM, LLP**

                                      */s/     Garret W. Meader*
                                      Garret W. Meader
                                      Georgia Bar No. 142402
                                      Leslie P. Becknell
                                      Georgia Bar No. 046320
                                      Ann H. Searcy
                                      Georgia Bar No. 633302
                                      *Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, GA 31520
912-280-0654
gmeader@deflaw.com
lbecknell@deflaw.com
searcya@deflaw.com