IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| BETTY WELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-033 |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE OF RULE 26(f) CONFERENCE | May 12, 2022 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | June 10, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | July 11, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | August 10, 2022 |
| CLOSE OF DISCOVERY | September 28, 2022 |
| JOINT STATUS REPORT[1] | September 28, 2022 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | October 28, 2022 |

The Court hereby incorporates as if fully set forth herein the parties' agreement regarding the preservation, disclosure, or discovery of electronically stored information and the parties' agreement regarding claims of privilege or protection of trial preparation material. (Doc. no. 8, ¶¶ 9, 10.)

SO ORDERED this 13th day of May, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.