IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
BETTY WELDON,                    *
                                 *
     Plaintiff,                  *
                                 *
     v.                          *      CV 622-033
                                 *
WAL-MART, INC.,                  *
                                 *
     Defendant.                  *
```

O R D E R

Presently before the Court is the Parties' joint motion to substitute Defendant pursuant to Federal Rule of Civil Procedure 25(c). (Doc. 10.) The Parties represent that Wal-Mart, Inc. was incorrectly named as a party-Defendant and the proper party-Defendant to the suit is Wal-Mart Stores East, LP. (Id. at 1.)

Wal-Mart Stores East, LP "waives issuance of a summons and acknowledges service of process" without waiving any other defense. (Id. at 2.) Additionally, no further answer is required; Wal-Mart, Inc.'s answer will be deemed the answer and defenses for Wal-Mart Stores East, LP. (Id.)

Rule 25(c) "allows the Court, on motion, to substitute a new party for the original party if an interest is transferred during the pendency of litigation." CertusBank, N.A. v. Dunwoody, No. 5:14-cv-69, 2017 WL 2628180, at *1 (M.D. Ga. Jan. 4, 2017) (citation omitted). The decision to allow substitution is within

the discretion of the court. Id. (citations omitted). "Rule 25 is a procedural rule of convenience only and does not substantively alter a party's rights or liabilities." Id. (quotation marks and citations omitted). Here, there has not been a transfer of interest; instead, the Plaintiff simply named the wrong Defendant when filing the suit. Nevertheless, because Wal-Mart Stores East, LP is simply taking the place of Wal-Mart, Inc. and assumes its interest in the suit by moving forward with the already-filed answer and waiving summons and service, the Court finds this substitution will not substantively alter any party's rights or liabilities. Thus, the Court will allow substitution under Rule 25(c).

Therefore, the Court **GRANTS** the Parties' motion to substitute Defendant. (Doc. 10.) The Clerk is **DIRECTED** to substitute Wal-Mart Stores East, LP for and in the place of Defendant Wal-Mart, Inc., and Wal-Mart, Inc. shall be **DISMISSED** from the case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA