IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| BETTY WELDON, | * |
| Plaintiff, | * |
| v. | *   CV 622-033 |
| WAL-MART STORES EAST, LP, | * |
| Defendant. | * |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 35.) All appearing Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of November, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA